**UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 1:08-cr-139 |
| KENNEDY PAUL POLIDORE | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the third allegation in the petition that he failed to follow a standard condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. the Defendant shall be sentenced to a term of 13 months' imprisonment (which includes 166 days of unserved community confinement converted to an equivalent term of imprisonment), with two years of supervised release to follow. The first 180 days of his term of supervised release shall be served in a residential reentry center or similar facility, in a community corrections component.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of

supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The court adopts the magistrate judge's findings for the imposition of the special conditions of supervised release. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Kennedy Paul Polidore's supervised release is **REVOKED**.

SIGNED at Beaumont, Texas, this 15th day of May, 2020.

*(signature)*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE